**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-62580-CIV-BLOOM/VALLE

HEMA KISSOON,

     Plaintiff,

v.

LEGEND HEALTH HOLDINGS LLC,
ALI KARIM, and PETER SINISHTAJ,

     Defendants.

_____/

## <u>ORDER COMPELLING ARBITRATION</u>

**THIS CAUSE is** before the Court upon Defendants' *Unopposed* Motion to Compel

Arbitration and Stay Proceedings, ECF No. [11]. The Court has reviewed the Motion, the record in

the case, and is otherwise fully advised. It is hereby **ORDERED AND ADJUDGED** that:

1.     Defendants' Motion to Compel Arbitration, **ECF No. [11]**, is **GRANTED**;

2.     This Action, in its entirety, shall be submitted to mediation and binding arbitration

     pursuant to the terms set forth in the Arbitration Agreement;

3.     This Action is **STAYED** pending completion of binding arbitration; and

4.     The Clerk shall **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on February 28, 2022.

.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record